UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN R. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:08CV0008 CEJ |
| | ) | |
| JACQUES LAMOUR, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

The plaintiff filed a motion for a temporary restraining order that has been transferred to this District from the Western District of Missouri. Plaintiff, however, has not submitted a complaint. As a result, plaintiff has not commenced a civil action under Rule 3 of the Federal Rules of Civil Procedure, and the Court will dismiss the motion for a temporary restraining order without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for a temporary restraining order is **dismissed** without prejudice.

Dated this 22nd day of January, 2008.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE